Mireille Carrier v. Valueclick Inc et al Doc. 18

KASSRA P. NASSIRI (SBN 215405)
knassiri@nassiri-jung.com
CHARLES H. JUNG (SBN 217909)
cjung@nassiri-jung.com
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200

REED R. KATHREIN (SBN 139304)
reed@hbsslaw.com
JEFF D. FRIEDMAN (SBN 173886)
jefff@hbsslaw.com
SHANA E. SCARLETT (SBN 217895)
shanas@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
JUL - 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SEND

LODGED
CLERK, U.S. DISTRICT COURT
JUL - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIREILLE CARRIER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALUECLICK, INC., a Delaware Corporation, its wholly-Owned Subsidiary COMMISSION JUNCTION, INC., and Its Wholly-Owned Subsidiary BE FREE,<br><br>Defendants. | No. CV-07-2641-FMC (CTx)<br><br>**STIPULATION AND [redacted] ORDER FOR CONTINUATION OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION** |

ORIGINAL

(18)

DOCKETED ON CM
JUL - 5 2007
BY 008

SCANNED

Dockets.Justia.com

WHEREAS the Class Action Complaint in this case was filed on April 20, 2007, and served on Defendants on April 23, 2007;

WHEREAS pursuant to Central District of California Local Rule 23-3, motions for class certification are due 90 days after service of a pleading purporting to commence a class action, in this case July 23, 2007;

WHEREAS the parties have yet to schedule a conference pursuant to Federal Rule of Civil Procedure 26(f);

WHEREAS the Court has not yet set a date for the pretrial conference pursuant to Federal Rule of Civil Procedure 16(b);

WHEREAS Defendants' Motion to Dismiss Class Action Complaint is not scheduled to be heard by this Court until July 23, 2007 at the earliest;

WHEREAS counsel for the parties in this action held conference on June 15 and June 22, 2007, concerning, among other things, the deadline for motion for class certification.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT:

1. The parties respectfully request this Court to continue the July 23, 2007 deadline for filing of Plaintiff's motion for class certification until a date to be determined by the Court during the Rule 16(b) pretrial scheduling conference.



SCANNED

DATED: 6/28/07

Kassra P. Nassiri
Charles H. Jung
NASSIRI & JUNG LLP

By: [signature]
Kassra P. Nassiri

Attorneys for Plaintiff
MIREILLE CARRIER

DATED: 6/27/07

G. Charles Nierlich
GIBSON, DUNN & CRUTCHER LLP

By: [signature]
G. Charles Nierlich

Attorneys For Defendants
VALUECLICK, INC., COMMISSION JUNCTION, INC., and BE FREE

The Court hereby continues the July 23, 2007 deadline for filing of Plaintiff's motion for class certification until a date to be determined by this Court during the Rule 16(b) pretrial scheduling conference.

DATE: July 5, 2007

[signature]
Honorable Florence-Marie Cooper



SCANNED

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and is employed in the city of San Francisco, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, CA 94710.

2. That on June 29, 2007, declarant served the foregoing document by U.S. Mail by placing a true copy thereof in a sealed envelope addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June, 2007, at Berkeley, California.

Nancy Quon

NANCY QUON

*Settlement Recovery Center, LLC v. Valueclick, Inc., et al.*
Case No. CV-07-02638-FMC (CT)

Service List
June 13, 2007

SCANNED

Counsel for Plaintiffs

Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

Kassra P. Nassiri
Charles H. Jung
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200
knassiri@nassiri-jung.com
cjung@nassiri-jung.com

Counsel for Defendants

G. Charles Nierlich
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 339-8200
Facsimile: (415) 986-5309
gnierlich@gibsondunn.com

S. Ashlie Beringer
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202
Telephone: (303) 298-5718
Facsimile: (303) 313-2868
aberinger@gibsondunn.com

---

Scott Patrick Barlow
Vice President & General Counsel
VALUECLICK, INC.
4353 Park Terrace Drive
Westlake Village, CA 91361
Telephone: (818) 575-4510
Facsimile: (818) 575-4505
sbarlow@valueclick.com