REED R. KATHREIN (139304)
reed@hbsslaw.com
JEFF D. FRIEDMAN (173886)
jefff@hbsslaw.com
SHANA E. SCARLETT (217895)
shanas@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

KASSRA P. NASSIRI (215405)
knassiri@nassiri-jung.com
CHARLES H. JUNG (217909)
cjung@nassiri-jung.com
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIREILLE CARRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VALUECLICK, INC., a Delaware Corporation, Its Wholly-Owned Subsidiary COMMISSION JUNCTION, INC., and Its Wholly-Owned Subsidiary BE FREE,<br><br>Defendants. | No. 07-cv-02641-FMC (CTx)<br><br>(Assigned to the Honorable Florence-Marie Cooper, Courtroom 750)<br><br>UPDATED JOINT REPORT TO THE COURT REGARDING RULE 26(f) MEETING OF COUNSEL<br><br>DATE: January 14, 2007<br>TIME: 9:00 a.m.<br>DEPT: Courtroom 750 (Roybal)<br><br>ACTION FILED: April 20, 2007 |

Dockets.Justia.com

By and through their undersigned counsel, Plaintiff Mireille Carrier, individually and on behalf of others similarly situated, ("Plaintiff") and Defendants ValueClick, Inc., Commission Junction, Inc., and Be Free ("Defendants") provide the following report pursuant to Rule 26 of the Federal Rules of Civil Procedure.

**RULE 26(F) REPORT**

Counsel for Plaintiff and Defendants conducted their conference of counsel pursuant to Rule 26(f) on September 18, 2007. During this conference, the parties discussed the nature and basis of the claims, the prospects for settlement, potential dispositive motions, initial disclosures pursuant to Rule 26, proposals for a discovery plan, and the other matters summarized below.

**A. Nature and Basis of the Claims**

Plaintiff filed this action on April 20, 2007. This putative class action involves persons and/or entities that publish advertisements using Defendants' affiliate networks and have a contractual relationship with ValueClick, Commission Junction, and/or Be Free. In short, Plaintiff claims that Defendants failed to credit and/or improperly paid adware entities monies legally owed to Plaintiff and the putative class. Defendants contend that Commission Junction took reasonable steps to address adware on Commission Junction's affiliate networks but, in any event, Defendants do not have an obligation to Plaintiff or members of the putative class to monitor and prevent adware on Commission Junction's affiliate networks.

Defendants filed a Motion to Dismiss and Motion to Strike Requests for Certain Relief on June 13, 2007. The Court granted in part and denied in part Defendants' Motion to Dismiss and denied Defendants' Motion to Strike on August 27, 2007. Plaintiff filed her First Amended Complaint on September 12, 2007. Plaintiff's First Amended Complaint alleges three claims: (1) breach of contract; (2) negligence; and (3) unfair business practices in violation of Cal. Bus. & Prof. Code §§ 17200, *et seq*. Plaintiff and Defendants agreed that Defendants would move,

plead, or otherwise respond to the First Amended Complaint no later than October 1, 2007, and Defendants filed and served an Answer to the First Amended Complaint on October 1.

**B. Rule 26 Initial Disclosures**

The parties exchanged their Initial Disclosures pursuant to Rule 26 on October 5, 2007.

**C. Scheduling Plan**

The parties previously proposed scheduling plans in their Joint Report to the Court Regarding Rule 26(f) Meeting of Counsel, filed on October 2, 2007. After filing the proposed schedules, the parties have entered into preliminary settlement discussions and have scheduled a mediation session with Hon. Edward Panelli on February 25, 2008. As a result, the parties have agreed to focus discovery (formal and informal) on targeted issues to help advance potential settlement. Consequently, the parties agree that the proposed schedules should not be entered at this time. The parties propose to submit an updated proposed schedule if and when they are unable to reach a resolution in this case.

**D. Discovery**

Both parties have propounded and responded to written discovery and have begun to take deposition testimony. However, in light of the pending settlement discussions and mediation session, the parties have agreed, rather than engaging in wide-ranging discovery, to focus their efforts on targeted discovery to assist their settlement discussions at this time.

Defendants propose that the parties agree to limit the number of depositions to seven (7) per party according to Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A), unless good cause is shown to increase or decrease this number. Plaintiff’s position is that the parties should not be limited to the number of depositions specified in Federal Rule of Civil Procedure 30(a)(2)(A). Plaintiff requests, given the complexity of this

case, that the Court extend the limit to twenty (20) fact witnesses and five (5) Rule 30(b)(6) topics at this time.

**E. Documents**

The parties have conferred concerning the disclosure of electronically stored information. Defendants propose to produce electronically stored information, other than data from Commission Junction's production database, as Tagged Image File Format ("TIFF") documents with Optical Character Recognition ("OCR") but without associated metadata and without prejudice to any request for metadata associated with specifically identified documents if such metadata is relevant and reasonable necessary for the prosecution or defense of any claims asserted in this action.

Plaintiff will request Defendants produce all electronically stored information, other than data from Commission Junction's production database, in native format with all metadata associated with each produced document.

The parties have agreed to confer, with the assistance of technical personnel as appropriate, to attempt to reach a mutually satisfactory agreement for the disclosure of data from Commission Junction's production database that is responsive to particular discovery requests.

The parties have discussed the preservation of documents in connection with this litigation. Plaintiff has identified several purported issues relating to Defendants' preservation measures. The parties intend to continue to meet and confer concerning document preservation efforts.

**F. Privilege Issues**

The parties will confer to try and reach agreement regarding inadvertent disclosure of any information protected by the attorney-client privilege, work product doctrine, or other applicable privilege or protection.

The parties are currently negotiating a draft proposed protective order that will address privilege issues and discovery of confidential information.

**G. Limitations on Discovery**

The parties reserve the right to vary the limitations on discovery imposed by the Federal Rules of Civil Procedure or by local rule other than as provided in this report.

**H. Complexity of the Case**

The parties agree that this case should be designated as complex. The parties have agreed to meet and confer further as to whether any portion of the Manual for Complex Litigation should be used.

**I. Motion Schedule**

There are currently no pending or scheduled motions.

The parties anticipate additional motion practice. Although the parties expect to resolve any discovery disputes, it is possible that these disputes may need to be resolved by motion. In addition, Plaintiff anticipates moving for class certification, and Defendants anticipate filing Motions for Summary Judgment and/or Adjudication prior to any trial in this matter.

**J. Settlement**

The parties reasonably anticipate they may be able to agree to an early resolution of this action. Currently, the parties are engaged in settlement discussions and have preliminarily scheduled a mediation session before the Hon. Edward Panelli on February 25, 2008.

**K. Length of Trial Estimate**

At this time, the parties estimate that a minimum of four weeks will be necessary for trial.

**L. Additional Parties**

At this time, the parties do not anticipate joining any additional parties.

IT IS SO ORDERED.

DATED:______________________

______________________________
THE HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

DATED: January 3, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ Jeff D. Friedman
JEFF D. FRIEDMAN

Reed R. Kathrein (139304)
Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

NASSIRI & JUNG LLP
Kassra P. Nassiri (215405)
Charles H. Jung (217909)
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200
knassiri@nassiri-jung.com
cjung@nassiri-jung.com

Attorneys for Plaintiff

DATED: January 3, 2008

GIBSON, DUNN & CRUTCHER LLP

/s/ S. Ashlie Beringer
S. ASHLIE BERINGER

1801 California Street, Suite 4200
Denver, Colorado 80202
Telephone: (303) 298-5718

Facsimile: (303) 313-2868
ABeringer@gibsondunn.com

Attorney for Defendants
VALUECLICK, INC., COMMISSION
JUNCTION, INC., and BE FREE

I, Shana E. Scarlett am the ECF User whose ID and password are being used to file this UPDATED JOINT REPORT TO THE COURT REGARDING RULE 26(f) MEETING OF COUNSEL. In compliance with General Order 07-08, I hereby attest that Jeff D. Friedman and S. Ashlie Beringer have concurred in this filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Shana E. Scarlett
SHANA E. SCARLETT

# Mailing Information for a Case 2:07-cv-02641-FMC-CT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **S Ashlie Beringer**
  aberinger@gibsondunn.com
- **Jeff D Friedman**
  jefff@hbsslaw.com
- **Reed R Kathrein**
  reed@hbsslaw.com
- **Kassra Powell Nassiri**
  knassiri@nassiri-jung.com
- **G Charles Nierlich , III**
  gnierlich@gibsondunn.com
- **Shana E Scarlett**
  shanas@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Scott Patrick Barlow**
ValueClick Inc
30699 Russell Ranch Road
Suite 250
Westlake Village, CA 91362

**Charles H Jung**
Nassiri and Jung
251 Kearny Street, Suite 501
San Francisco, CA 94108